# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 12-39-GF-BMM** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **JOSHUA PAUL JORDAN,** | |
| **Defendant.** | |

Pending before the Court is the unopposed motion of the United States to appear telephonically for the defendant's revocation hearing. For good cause shown, IT IS ORDERED that counsel for the United States may appear by telephone at the revocation hearing set for September 3, 2020. The United States shall make arrangements with the Clerk of Court's office.

DATED this 2nd day of September, 2020.

Brian Morris, Chief District Judge
United States District Court

1